IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LINDSAY SCHILL, et al. | ) CASE NO.: 1:23-cv-00836 |
| Plaintiff | ) JUDGE DAVID A. RUIZ |
| vs. | ) |
| LAKE COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES, et al. | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that Fred A. Hilow, Esq. of Buckingham Doolittle & Burroughs, LLC hereby enters his appearance as additional counsel of record on behalf of University Hospitals Health System, Inc. and requests that all notices, orders, pleadings, motions, correspondence, and other filings regarding this case be served on Attorney Hilow and Attorney Riemenschneider at the below addresses.

Respectfully submitted,

*/s/ Fred A. Hilow*
Fred A. Hilow (0096016)
Dirk E. Riemenschneider (0055166)
Buckingham, Doolittle & Burroughs LLC
One Cleveland Center – #1700
1375 E. Ninth Street
Cleveland, Ohio 44114
Phone: 216-621-5300 / Fax: 216-6231-5440
Email: fhilow@bdblaw.com
Email: driemenschneider@bdblaw.com
*Counsel for Defendant University Hospitals Health System, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing has been filed electronically on June 5, 2023. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Fred A. Hilow
Fred A. Hilow (0096016)
*Counsel for Defendant University Hospitals Health System, Inc.*

4861-3471-6008, v. 1